UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                      CASE NO. 1:05-CR-163

LASHARR DEVON WILLIAMS,              HON. ROBERT HOLMES BELL

    Defendant.
                                         /

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C.§3582(c)(2) (docket #1087).  Based on a review of defendant's motion, the Sentence Modification Report, submissions by counsel on behalf of the defendant and the government, and the original criminal file, the Court has determined that the motion should be denied for the following reason(s):

Defendant's original guideline calculation was based on powder cocaine and not crack cocaine.  Accordingly, defendant is ineligible for a modification or reduction of sentence pursuant to 18 U.S.C. §3582(c)(2).

Date:  <u>April 3, 2012</u>                      /s/ Robert Holmes Bell
                                                          ROBERT HOLMES BELL
                                                          UNITED STATES DISTRICT JUDGE